# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CR 17-00761-PA-14 | Date | March 1, 2018 |
| Title | United States of America v. Anthony Salvador Magallon | | |

**Present: The Honorable** John D. Early, United States Magistrate Judge

| Deputy Clerk: | Court Reporter / Recorder: |
|---|---|
| Maria Barr | n/a |

| Attorney(s) Present for Plaintiff: | Attorney(s) Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:** (In Chambers) Order of Detention after Hearing Under 18 U.S.C. §3148(b)

Defendant Anthony Salvador Magallon ("Defendant"), represented by counsel previously appointed, appeared after being taken into custody on an arrest warrant issued by United States District Court Judge Percy Anderson on a petition alleging several violations of the terms and conditions of Defendant's pretrial release. The Court conducted a hearing on the alleged violations on March 1, 2018.

Based on the information presented at the hearing and the absence of evidence or argument to the contrary, the Court finds that there is clear and convincing evidence that Defendant violated the conditions of his release; specifically, the Court finds that Defendant knowingly failed to comply with the requirements of his Location Monitoring condition on multiple occasions and used marijuana as evidenced by several positive urine samples and failed to report for drug treatment intake as directed by his Pretrial Officer.

The Court also finds that based on the record before it, including the Pretrial Services Report and Recommendation and the underlying Petition for Action on Conditions of Pretrial Release, that Defendant is not likely to abide by any condition or combination of conditions of release.

Defendant's release is therefore revoked and IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings in this matter.

                                                      Initials of Clerk    mba