

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              ) Case No. 2:17-cr-00761-PA

12              Plaintiff,                 ) ORDER OF DETENTION AFTER
                                           ) HEARING [Fed. R. Crim. P. 32.1(a)(6);18
13              v.                         ) U.S.C. § 3143(a)]

14  ANTHONY SALVADOR MAGALLON,             )

15              Defendant.                 )

16                                         )

17

18         The defendant having been arrested in this District pursuant to a warrant issued by

19  the United States District Court for the Central District of California for alleged violations

20  of the terms and conditions of supervision; and

21         The Court having conducted a detention hearing pursuant to Federal Rule of

22  Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

23         The Court finds that:

24  A. ( X )  The defendant has not met defendant's burden of establishing by clear and

25              convincing evidence that she is not likely to flee if released under 18 U.S.C. § 3142(b)

26              or (c).  This finding is based on: *nature of current allegations, including several positive*

27              *drug tests, several failures to report from drug testing and/or treatment, commission of a state*

28              *or local crime, and an unapproved change of residence; nature of underlying offense*

and

B. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: *nature of current allegations, including several positive drug tests, several failures to report from drug testing and/or treatment, commission of a state or local crime, and an unapproved change of residence; nature of underlying offense*

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: 4-18-22

JOHN D. EARLY
United States Magistrate Judge